**IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**


**UNITED STATES OF AMERICA,**           )
                                        )
          **Plaintiff,**          )
                                        )
    **vs.**                            )   **CRIMINAL NO. 07-30182-WDS**
                                        )
**TILDEN CRASE,**                       )
                                        )
          **Defendant.**          )


## ORDER

IN ORDER to best serve the ends of justice and to conserve judicial resources, and pursuant to the provisions of Title 18, United States Code, § 3161, the above styled cause is hereby continued until such time as the defendant can be arraigned in the Southern District of Illinois and a new trial date be set. The court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendants in a speedy trial, and therefore determines that any time elapsed is to be "excludable time," pursuant to Title 18, United States Code, § 3161(h)(8)(A).

SO ORDERED.

DATE: July 11, 2008


                            s/*WILLIAM D. STIEHL*
                            United States District Judge